UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

VALERIE SCHULTZ,

    Plaintiff,                                                                 Case No.  2:11-cv-688-FtM-99SPC

v.

MERCHANTS ASSOCIATION COLLECTION
DIVISION, INC. dba MAF COLLECTIONS
SERVICES,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, VALERIE SCHULTZ ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  March 2, 2012               RESPECTFULLY SUBMITTED,

                                              KROHN & MOSS, LTD.

                              By: /s/ Shireen Hormozdi

                                    Shireen Hormozdi, Esq.
                                    Attorney for Plaintiff
                                    Krohn & Moss, Ltd.
                                    10474 Santa Monica Blvd., Suite 401
                                    Los Angeles, CA 90025
                                    Tel: (323) 988-2400 x 267
                                    Fax: (866) 385-1408
                                    Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By: /s/ Shireen Hormozdi

Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com