**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

VALERIE SCHULTZ,
    Plaintiff,

v.                                    CASE NO: 2:11-CV-688-FtM-99SPC

MERCHANTS ASSOCIATION COLLECTION
DIVISION, INC. d/b/a MAF COLLECTIONS
SERVICES,
    Defendant.
_____/

**O R D E R**

Before the Court is the Stipulation To Dismiss Case With Prejudice (Doc. 18). In accord with the Stipulation To Dismiss Case, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation To Dismiss Case With Prejudice is **APPROVED** (Doc. 18).

    2)    This cause is dismissed, with prejudice, each side to bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** at Fort Myers, Florida, on April 9, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record